```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 03597
   THELMA STRONG
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-2909

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/01/2007 and was confirmed 06/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
EQUITY MORTGAGE CORP     CURRENT MORTG         .00              .00             .00
EQUITY MORTGAGE CORP     MORTGAGE ARRE     1855.58              .00         1855.58
PEOPLES ENERGY           UNSECURED        NOT FILED             .00             .00
CAPITAL ONE              UNSECURED        NOT FILED             .00             .00
DIRECT TV                UNSECURED        NOT FILED             .00             .00
CITY OF CHICAGO PARKING  UNSECURED         1280.00              .00           23.07
COMMONWEALTH EDISON      UNSECURED         2375.17              .00           42.81
AT&T BROADBAND           UNSECURED        NOT FILED             .00             .00
OAK PARK OPEN MRI        UNSECURED        NOT FILED             .00             .00
F&W LLC                  UNSECURED        NOT FILED             .00             .00
ECAST SETTLEMENT CORP    UNSECURED         1077.06              .00           19.41
UIC MEDICAL CENTER       UNSECURED        NOT FILED             .00             .00
PEOPLES ENERGY/GAS       UNSECURED        NOT FILED             .00             .00
PEOPLES GAS LIGHT & COKE UNSECURED        NOT FILED             .00             .00
SALLIE MAE GUARANTEE SER UNSECURED        11312.86              .00          203.89
WAL MART STORES INC      UNSECURED        NOT FILED             .00             .00
CITY OF CHICAGO WATER DE SECURED            500.00              .00          225.00
NATIONAL PAYMENT CENTER  UNSECURED          112.90              .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      1,084.00                           934.00
TOM VAUGHN               TRUSTEE                                             245.24
DEBTOR REFUND            REFUND                                                 .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             3,549.00

PRIORITY                                         .00
SECURED                                     2,080.58
UNSECURED                                     289.18
ADMINISTRATIVE                                934.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 03597 THELMA STRONG
```

```
TRUSTEE COMPENSATION                                   245.24
DEBTOR REFUND                                             .00
                                   ----------------   ----------------
TOTALS                                    3,549.00        3,549.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                /s/ Tom Vaughn
  Dated: 10/22/08              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```

                         PAGE   2
      CASE NO. 07 B 03597 THELMA STRONG